■ TANIT BUDAY, Appellant, v GOTTLIEB, RACKMAN & REISMAN, P.C., et al., Respondents, et al., Defendant. [33 NYS3d 727]—

Order, Supreme Court, New York County (Richard F. Braun, J.), entered on or about July 6, 2015, which granted defendants Gottlieb, Rackman & Reisman, P.C. and Maria Savio's motion to dismiss the complaint as against them, with prejudice, unanimously affirmed, without costs.

Plaintiff failed to make any showing that the statutes of limitations applicable to her claims against defendants Gottlieb, Rackman & Reisman and Maria Savio were tolled by the continuous representation doctrine (*see Matter of Merker*, 18 AD3d 332 [1st Dept 2005]). Plaintiff alleges that defendants ended their legal representation of her on March 22, 2007 (approximately 7½ years before she commenced this action); she

does not allege that they performed any legal services on her behalf after that date. Concur—Mazzarelli, J.P., Renwick, Moskowitz, Gische and Gesmer, JJ.